**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-8134**

———————

DARRELL LEE WITTS,

                Plaintiff - Appellant,

     v.

DOCTOR HARRIS, Institution Doctor,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:11-cv-00423-RAJ-DEM)

———————

Submitted:  February 21, 2013     Decided:  February 26, 2013

———————

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Darrell Lee Witts, Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Lee Witts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Witts v. Harris, No. 2:11-cv-00423-RAJ-DEM (E.D. Va. Nov. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED